UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAMEER BAKER,

    Plaintiff,

v.

    Case No. 2:24-cv-191

    Hon. Hala Y. Jarbou

JESSICA VELMER, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 15, 2025, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) that Defendants Jeffery and Corrigan's motion for summary judgment (ECF No. 12) be granted.  (ECF No. 17.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on July 29, 2025.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Jeffery and Corrigan are **DISMISSED WITHOUT PREJUDICE**.

Dated: September 9, 2025      /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           CHIEF UNITED STATES DISTRICT JUDGE