UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAMEER BAKER,

     Plaintiff,

                                    Case No. 2:24-cv-191

v.

                                      Hon. Hala Y. Jarbou

JESSICA VELMER, et al.,

     Defendants.

_____/

## **ORDER**

On March 30, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Velmer's motion for summary judgment and dismiss the case (ECF No. 27).  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on April 13, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Velmer's motion for summary judgment (ECF No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Velmer is **DISMISSED WITHN PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court certifies that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.


Dated: May 26, 2026                          /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             CHIEF UNITED STATES DISTRICT JUDGE